1   NICHOLAS J. SANTORO, ESQ.
    Nevada Bar No. 00532
2   JAMES D. BOYLE, ESQ.
    Nevada Bar No. 08384
3   SANTORO, DRIGGS, WALCH,
    KEARNEY, HOLLEY & THOMPSON
4   400 South Fourth Street, Third Floor
    Las Vegas, Nevada 89101
5   Telephone:    702/791-0308
    Facsimile:    702/791-1912
6
    JAMES P. FOGELMAN, ESQ.
7   Nevada Bar No. 09803
    GIBSON, DUNN & CRUTCHER LLP
8   333 South Grand Avenue
    Los Angeles, California  90071-3197
9   Telephone:    213/229-7000
    Facsimile:    213/229-7520
10
11  *Attorneys for Harrah's License Company, LLC and Harrah's Interactive Entertainment, Inc.*

12  ## UNITED STATES DISTRICT COURT
    ## DISTRICT OF NEVADA

13  ULTRA INTERNET MEDIA, S.A., a company
    organized under the laws of Nevis, West Indies;
14  and GIGAMEDIA LIMITED, a company
    organized under the laws of the Republic of
15  China (Taiwan); and DOES 1-10,
16
                   Plaintiff/Counter-Defendants,
17
         v.
18
    HARRAH'S LICENSE COMPANY, LLC, a
19  Nevada limited liability company; and
    HARRAH'S INTERACTIVE
20  ENTERTAINMENT, INC., a Delaware
    corporation,
21
                   Defendants/Counterclaimants.
22
    EVEREST GAMING LIMITED,
23
                   Plaintiff,
24
         v.
25
    HARRAH'S INTERACTIVE
26  ENTERTAINMENT, INC.; and HARRAH'S
    LICENSE COMPANY, LLC,
27
                   Defendants.
28

Consolidated Base Case File No.:  2:10-cv-00455-JCM-RJJ

(consolidated with Case No.:  2:10-cv-00607-KJD-LRL)

(consolidated w/ Case No.:  2:10-cv-00904-JCM-LRL)

**ORDER DENYING ULTRA INTERNET MEDIA, S.A.'S MOTION TO DISMISS CLAIM FOR UNJUST ENRICHMENT**

SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON

SDW

- 1 -

06247-44/644731.doc

1    This matter came before the Court on September 8, 2010 for the hearing on Ultra Internet

2   Media, S.A.'s ("UIM") Motion to Dismiss Claim for Unjust Enrichment (the "Motion to

3   Dismiss") (Case No.: 2:10-cv-00607-KJD-LRL, Docket No. 6).  At the hearing, UIM appeared

4   and was represented by Jay Young, Esq. and David T. Duncan, Esq. of the law firm of Marquis

5   & Aurbach, and by Timothy J. Kelly, Esq. of the law firm of Fitzpatrick, Cella, Harper & Scinto.

6   Harrah's License Company, LLC ("HLC") and Harrah's Interactive Entertainment, Inc. ("HIE")

7   (and collectively, "Harrah's") appeared and were represented by James P. Fogelman, Esq. of the

8   law firm of Gibson, Dunn & Crutcher LLP and James D. Boyle, Esq. of the law firm of Santoro,

9   Driggs, Walch, Kearney, Holley & Thompson.

10    Having reviewed the papers submitted in support of and in opposition to the Motion to

11   Dismiss, and having heard the oral argument of counsel, it is hereby ORDERED, ADJUDGED

12   and DECREED that UIM's Motion to Dismiss (Case No.: 2:10-cv-00607-KJD-LRL, Docket

13   No. 6) is DENIED.

14    DATED:      September 30, 2010.

16    _____

17    UNITED STATES DISTRICT JUDGE

*Left margin:* SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON

06247-44/644731.doc