1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7   HARRAH'S INTERACTIVE
8   ENTERTAINMENT, INC.,

9          Plaintiff,

10   v.

11   ULTRA INTERNET MEDIA S.A., et
     al.,
12
13          Defendants.

2:10-CV-607 JCM (RJJ)

14
15

**ORDER**

16          Presently before the court is defendant GigaMedia Limited's motion to dismiss for lack of
17   personal jurisdiction. (Doc. #22).

18          Following the filing of the present motion, the court consolidated the above captioned case
19   with *Ultra Internet Media, S.A. v. Harrah's License Company, LLC* (2:10-cv-00455-JCM -RJJ).
20   (Doc. #46). Subsequently, GigaMedia filed a motion to dismiss for lack of jurisdiction (doc. #94)
21   on October 4, 2010, in the consolidated case. On December 21, 2010, the court entered an order
22   denying without prejudice (doc. #112) the motion to dismiss (doc. #94). Therefore, the present
23   motion to dismiss, which was filed earlier (doc. #22), is moot.

24          Accordingly,
25   . . .
26   . . .
27   . . .
28

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant GigaMedia

2  Limited's motion to dismiss for lack of personal jurisdiction (doc. #22) be, and the same hereby is,

3  DENIED as moot.

4    DATED May 9, 2011.

5

6    _____

7    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

James C. Mahan
U.S. District Judge